IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RAYMOND J. WOOD,

    Plaintiff,

vs.      CASE NO. 5:09cv340/RS-MD

DALTON UPCHURCH, Indvidually;
JOE NUGENT, in his official capacity
as Sheriff of Gulf County, Florida;
BOBBY PLAIR, Individually; RICHARD
BURKETT, Individually; and PAUL
BEASLEY, Individually,

    Defendants.

_____/

## ORDER

Before me is Plaintiff's Rule 72 Objections To Order Of Magistrate Judge (Doc. 57). The Magistrate Judge's Order (Doc. 56) is not clearly erroneous or contrary to law. Plaintiff's Rule 72 Objections To Order Of Magistrate Judge (Doc. 57) is denied, and the Magistrate Judge's Order (Doc. 56) is affirmed.

**ORDERED** on April 29, 2010.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**